IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

MILTON NELSON
    Defendant

Crim. No. 97-245 (PG)

Fed. Crim. P. Rule 17(c)

## MOTION FOR INVESTIGATIVE SERVICES UNDER CJA

TO THE HONORABLE COURT:

COMES NOW DEFENDANT, by and through the undersigned counsel, and very respectfully prays and states as follows:

1. The undersigned counsel has been recently appointed to represent defendant under the Criminal Justice Act (CJA).

2. After reviewing the case file it became apparent to the undersigned that defendant needs to incur in investigative services which he cannot afford in order to adequately defend himself at trial.

3. Because time is of the essence, we respectfully request that funds for investigative services be promptly approved under the CJA.

4. The present motion is being filed under seal, since it deals with defense strategy under Fed. R. Crim. P. 17(c).

IN VIEW OF THE FOREGOING, we respectfully request that investigative services be approved under CJA.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on August 11, 1999.

MARLENE APONTE CABRERA, ESQ.
USDCPR 208603
MSC 128
SIERRA MORENA 271
LAS CUMBRES, SAN JUAN, P.R. 00926
Tel. 731-8950; 731-8935

[Handwritten margin note: 8/10/99 ORDER — Granted. Counsel shall obtain the corresponding CJA voucher from the Clerk's office. The court authorizes defendant to incur in investigative services in an amount not to exceed $1,000.00. Juan M. Pérez-Giménez]

[Stamp: RECEIVED & FILED 99 AUG 17 PM 3:43 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.]

s/s M. Aponte
8/18/99

371