IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| MILTON A. NELSON, | § | |
| v. | § | Civil No. 03-2286 (PG) |
| UNITED STATES OF AMERICA. | § | Criminal No. 97-245 (PG) |

### MOTION TO UNSEAL DOCUMENT

Defendant-movant Milton Nelson respectfully requests the court unseal docket entry 371. This docket entry was originally filed under seal because it revealed trial strategy. Because the trial in this matter has since concluded, and because this docket entry is relevant to these § 2255 proceedings, Nelson respectfully requests the court unseal docket entry 371.

Respectfully submitted,

Milton A. Nelson #03430-069
P.O. BOX 26020
Beaumont, TX 77720-6020

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a true and correct copy of the foregoing was deposited into the prisoner's legal mailbox, postage pre-paid, this 31st day of May, 2005, for delivery to the following:

S/Nelson Perez-Sosa
Senior Appellate Attorney
United States Attorney's Office
Torre Chardon Suite 1201
350 Carlos Chardon Street
San Juan, Puerto Rico 60918

MILTON A. NELSON