**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **MILTON A. NELSON,**<br><br>    Petitioner,<br><br>        v.<br><br>**UNITED STATES OF AMERICA,**<br><br>    Respondent. | CIV. NO. 03-2286 (PG)<br>(Re: Criminal No. 97-245 (PG)) |

### JUDGMENT

WHEREFORE, having denied Petitioner's Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255, it is hereby **ORDERED AND ADJUDGED** that this case be **DISMISSED WITH PREJUDICE.**

    **SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, August 23, 2007.

                                            S/ <u>JUAN M. PÉREZ-GIMÉNEZ</u>
                                            JUAN M. PÉREZ-GIMÉNEZ
                                            UNITED STATES DISTRICT JUDGE