**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**UNITED STATES OF AMERICA**

          **vs.**                             **Case No.: 97-00245-002 (PG)**

**MILTON AUGUSTIN NELSON RODRIGUEZ
aka "MILTON A. NELSON"**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**INFORMATIVE MOTION
REQUEST FOR SOME DISPOSITION**

**TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
SENIOR UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

      **COMES NOW, Carlina Cortés-Báez, Supervising United States Probation Officer of this Honorable Court and respectfully informs and prays as follows:**

      On February 11, 2000, Mr. Nelson-Rodríguez was sentenced by Your Honor to serve an imprisonment term of two-hundred and ninety-three (293) months, followed by a supervised release term of ten (10) year for a violation of Title 21 United States Code, §841 (A) & 846.

      On April 26, 2006, the United States Parole Commission issued a warrant for the offender's arrest to be lodged as a detainer, since during the commission of the instant offense the offender was serving a mandatory release term under the supervision of the United States Probation Office.

      The offender is presently in custody at the United States Bureau of Prisons, Federal Correctional Institution, Coleman, Florida, with a projected release date of February 9, 2019.

      On September 13, 2007, Ms. Patricia Vines, Case Analyst for the United States Parole Commission, requested copy of the Presentence Investigation Report prepared under docket no. 97-00245-002 (PG), since the offender still has an outstanding parole warrant lodged as a detainer.  Upon his release from the service of the sentence imposed by Your Honor, the warrant will be executed and a parole revocation hearing will be held. Ms. Vines indicates that they need all available information to proceed with the revocation of the offender's federal parole term.

*Wherefore*, we respectfully request, unless ruled otherwise, that the Court authorize the Probation Officer to provide the United States Parole Commission copy of the Presentence Investigation Report prepared under Cr. Case. No 97-245-002 (PG)

In San Juan, Puerto Rico, this **24th day of September, 2007.**

                                      Respectfully submitted,

                                      EUSTAQUIO BABILONIA, CHIEF
                                      U.S. PROBATION OFFICER

                                      **s/ *Carlina Cortés-Báez***
                                      Carlina Cortés-Báez, Senior
                                      United States Probation Officer
                                      Federal Office Building, Office 400
                                      150 Carlos Chardón Ave.
                                      San Juan, P.R. 00918-1741
                                      Tel.(787)766-5816
                                      Fax (787)755-5945
                                      Carlina_Cortes@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

    **I HEREBY** certify that on **September 24, 2007,** I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Desiree Laborde, Esq., and Marlene Aponte, Esq.

    **At San Juan, Puerto Rico, September 24, 2007.**

    *s/ Carlina Cortés-Báez*
Carlina Cortés-Báez, Senior
United States Probation Officer
Federal Office Building, Office 400
150 Carlos Chardón Ave.
San Juan, P.R. 00918-1741
Tel.(787)766-5816
Fax (787)755-5945
Carlina_Cortes@prp.uscourts.gov

CCB