IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **MILTON A. NELSON,** | * | |
| Petitioner, | * | |
| | * | |
| | * | |
| v. | * | Civil No. 03-2286 (PG) |
| | * | Crim. No. 97-245 (2)(PG) |
| | * | |
| **UNITED STATES OF AMERICA,** | * | |
| Respondent. | * | |
| _____ | * | |

### **JUDGMENT**

Petitioner Milton Nelson's habeas Petition (D.E. #2) is DENIED, and his Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. §2255 (D.E. # 2) is DISMISSED WITH PREJUDICE. The Petitioner may not appeal this Order unless "a circuit justice or judge issues a certificate of appealability." 28 U.S.C. § 2253 (c)(1). A certificate will be granted "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253 (c)(2).  Thus, the Court declines to issue a certificate of appeal.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 7th of August, 2008.

S/JUAN M. PÉREZ-GIMÉNEZ
JUAN M. PÉREZ-GIMÉNEZ
Senior United States District Judge
